# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| CHALMERS BROWN, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| J. PONTE, et al., | CASE NO: 04-2777 Ml/P |
| Defendants. | |

### JUDGMENT

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Assessing Filing Fee, Order of Dismissal, Order Denying Motion for Appointment of Counsel as Moot, Order Certifying Appeal Not Taken in Good Faith, and Notice of Appellate Filing Fee, entered May 11, 2005, this case is DISMISSED.

APPROVED:

JON P. McCALLA
UNITED STATES DISTRICT COURT

May 11, 2005
Date

ROBERT R. DI TROLIO
Clerk of Court

(By) Deputy Clerk

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-16-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:04-CV-02777 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Chalmers Brown
WEST TENNESSEE DETENTION CENTER
01141700
P.O. 509
Mason, TN 38049

Honorable Jon McCalla
US DISTRICT COURT